Argued and submitted August 29, affirmed October 31, 2001

STATE OF OREGON,
*Respondent,*

*v.*

CAROLYN JOAN WALL,
*Appellant.*

98C44037; A109907

33 P3d 1071

David E. Groom, State Public Defender, and Andy Simrin, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).

---

* Deits, C. J., *vice* Warren, S. J.